ACCEPTED
01-15-00324-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 4:35:43 PM
CHRISTOPHER PRINE
CLERK

IN THE
FIRST COURT OF APPEALS
OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 4:35:43 PM
CHRISTOPHER A. PRINE
Clerk

ASTIN CHAVERS CLARK §
§
§
VS. § CASE NOs. 01-15-00324 & 01-15-00325
§
§
THE STATE OF TEXAS §

## MOTION TO SUPPLEMENT THE RECORD

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES, ASTIN CHAVERS CLARK, appellant in the above styled and numbered cause, and respectfully moves the Court to supplement the appellate record pursuant to *Tex.R.App. P. 35.5(c)* and *34.6(d)*, and would show the Court as follows:

I.

On November 29, 2011, appellant plead guilty and was placed on a 6 year deferred adjudication for two Burglary of a Habitation cases in cause numbers 1297213 and 129686 out of the 248th District Court of Harris County, Texas, styled The State of Texas v. Michael Astin Chavers Clark. The State of Texas filed a Motion to Adjudicate Guilt on both cases on February 2, 2015. On March 23, 2015, a hearing was held before Judge Cabaniss. Appellant plead true to many of the allegations. The judge found that the allegations were true and assessed his punishment at 25 years confinement in the Texas Department of Criminal Justice, Institutional Division and assessed a $10,000 fine on both cases. The trial court ordered the sentences to run concurrently. Notice of Appeal was filed on March 23, 2015.

## II.

Defense counsel, Allison Secrest, was appointed on May 21, 2015 to represent appellant on appeal and to investigate whether a complete record was ever made of this proceeding.

## III.

On May 22nd, defense counsel Allison Secrest went to the Clerk's Office of this Honorable Court and obtained a copy of the clerk's record and reporter's record.

## IV.

Upon reviewing the Clerk's Record/Transcript filed with this Court, the following item is missing from the official appellate record, specifically:

1. The Original Audio/Audio- Visual Exhibit- Recorded interview on CD

## V.

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that this Court order the Harris County District Clerk's Office to supplement the record with the missing exhibit (The Original Audio/Audio- Visual Exhibit- Recorded interview on CD) from Harris County Cause Numbers 1296861 and 1297213.

Respectfully submitted,

ALLISON SECREST
State Bar No. 24054622

ALLISON SECREST, P.C.
808 Travis Street, 24th Floor
Houston, Texas 77002
(713) 222-1212
(713) 650-1602 (fax)
allison@allisonsecrestlaw.com

Attorney for Appellant,
ASTIN CHAVERS CLARK

STATE OF TEXAS          §
§
COUNTY OF HARRIS      §

BEFORE ME, the undersigned authority, on this day personally appeared Allison Secrest, who after being duly sworn, on his oath stated that each and every allegation and statement contained in the foregoing motion is true and correct to the best of his knowledge.

_____
ALLISON SECREST

SWORN AND SUBSCRIBED TO before me on this 1st day of June 2015, to certify which witness my hand and seal of office.

ESMERALDA REYES
Notary Public, State of Texas
My Commission Expires
September 16, 2018

_____
Notary Public in and for,
THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Supplement the Record was sent to Alan Curry, Assistant District Attorney of Harris County, Texas at 1201 Franklin Street, Suite 600, Houston, Texas 77002.

_____
ALLISON SECREST